## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Kenneth Elwood Mabes,

\* From the 52nd District
Court of Coryell County,
Trial Court No. FAM-10-20214.

Vs. No. 11-11-00023-CR

\* March 8, 2013

State of Texas,

\* Memorandum Opinion by Willson, J.
(Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.